UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       -v.-

ANDRE PATRICK DREW,

            Defendant.   :

- - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

INDICTMENT

08 Cr.

**08 CRIM 702**

### COUNT ONE

    The Grand Jury charges:

    From in or about March 2008 up to and including the present, in the Southern District of New York and elsewhere, ANDRE PATRICK DREW, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States on or about July 20, 2006, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 2, 2001, in New York State Supreme Court, Bronx County, for Criminal Sale of a Controlled Substance Near School Grounds, a Class B Felony, in violation of New York Penal Law 220.44, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2)).


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDRE PATRICK DREW,

Defendant.

## INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Angelo L Luna*

Foreperson.

*7/30/08 filed Indictment
A/W issued. Case assigned
to Judge Pauley
s/ Mag. J. Katz*